# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

FILED by _____ D.C.

MAR 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

WILLIAM ERIC CRAWFORD

**WARRANT FOR ARREST**

CASE NUMBER:

**00 - 6082**

**CR - FERGUSON**

MAGISTRATE JUDGE
SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest_____ WILLIAM ERIC CRAWFORD
Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

| X | Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

**charging him or her with** (brief description of offense)
CONSPIRACY TO POSSES WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE AND POSSESSION WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE

in violation of Title 21  United States Code, Section(s) 841(a)(1) & 846 _____

Clarence Maddox _____
Name of Issuing Officer

Court Administrator/Clerk of the Court _____
Title of Issuing Officer

_____
**Issuing Officer**

3-30-00
_____

Lurana S. Snow
**LURANA S. SNOW**
**Date and Location**

Bail fixed at $ _PRETRIAL DETENTION_ requested  by _CHIEF UNITED STATES MAGISTRATE JUDGE_
**Name of Judicial Officer**

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |