COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: WILLIAM ERIC CRAWFORD (surr)   CASE NO: 00-6082-CR-FERGUSON
AUSA: ROGER POWELL / Bardfeld   ATTY: Jeff Voluck (temp)
AGENT: ____   VIOL: 21:846; 841(a)(1)
PROCEEDING I/A ON INDICTMENT   RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no   COUNSEL APPOINTED
____ BOND SET @ ____
____ SPECIAL CONDITIONS:
1) To be cosigned by: ____
2) Rpt to PTS ____ x's a wk/month by phone; ____ x's a wk/month in person
3) Travel extended to: ____

Advised of Charges - temp cnsl present

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: 4-4 // Snow
                         (PTD)/BOND HRG: 4-4 // Snow
                         PRELIM/ARRAIGN: ____
                         REMOVAL HRG: ____
                         STATUS CONF: ____

Date: 3/31/00   Time 9:30   FTL/LSS TAPE #00- 018   Begin: 1700   End: ____

re-call 2290 - 2423

p.5