# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

WILLIAM ERIC CRAWFORD

## WARRANT FOR ARREST

CASE NUMBER: 00-6082 CR-FERGUSON

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____WILLIAM ERIC CRAWFORD_____
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment | | | Information | | | Complaint | | | Order of court | | | Violation Notice | | | Probation Violation Petition |

charging him or her with (brief description of offense)
CONSPIRACY TO POSSES WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE AND POSSESSION WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Clarence Maddox                                         Court Administrator/Clerk of the Court
**Name of Issuing Officer**                             **Title of Issuing Officer**

_[signature]_                                           3-30-00
**Issuing Officer**                                     **Date and Location**

                                                        _[signature]_ Lurana S. Snow
Bail fixed at $ __PRETRIAL DETENTION__ requested  by  CHIEF UNITED STATES MAGISTRATE JUDGE
                                                        **Name of Judicial Officer**

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/30/2000 | James A. Tassone, US Marshal | _[signature]_ |
| DATE OF ARREST | | |
| 3/31/2000 | FOR: DEA | Fred Depompa, SDUSM |