UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55252-004

UNITED STATES OF AMERICA )
       Plaintiff ) Case Number: CR 00-6082-CR-WDF
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
WILLIAM E CRAWFORD )
       Defendant )

*********************************************************

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
U.S. District Court           (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE

*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3-31-00    am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: CONS - POSS - AMPHETAMINE

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: 11-23-69

(6) Type of Charging Document: (check one)
[X] Indictment [ ] Complaint    To be filed/Already filed
Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____

(10) Agency: SELF      (11) Phone: _____

(12) Comments: _____

*Filed stamp: CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD., 2000*