COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: WILLIAM ERIC CRAWFORD (J)   CASE NO: 00-6082-CR-FERGUSON
AUSA: ROGER POWELL   ATTY: JEFFREY VOLUCK
AGENT: _____   VIOL: _____
PROCEEDING: PTD HRG/INQ RE CNSL.   RECOMMENDED BOND _____
BOND HEARING HELD — (yes)/no   COUNSEL APPOINTED _____
_____ BOND SET @ _____
_____ SPECIAL CONDITIONS:

1) To be cosigned by: _____
2) Rpt to PTS _____ x's a wk/month by phone;   _____ x's a wk/month in person
3) Travel extended to: _____

*Govt proceeded by proffer*

*Task force agent Robert Crispin — sworn — [illegible]*

*PTD ordered — danger to comm*

*Exh. 1A to 1E   flight records for deft Crawford*
*2A to 2J   submitted to court — admitted*

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: 4-11 / / BSS
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN: 4-11 / / BSS
                         REMOVAL HRG:
                         STATUS CONF:

Date: 4/4/00   Time: 11:00   FTL/LSS TAPE #00- 019   Begin: 1668   End:
                                                and 020

FILED APR -4 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

13