COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER

DEFT: William Eric Crawford (J)#  CASE NO: 00-6082-CR-Ferguson
AUSA: Roger Powell /present  ATTNY: Jeff Voluk /Brad Goodbloom
AGENT: ___  VIOL: ___
PROCEEDING: Inquiry re Counsel/Arraignment  BOND REC: standing
BOND HEARING HELD - yes/no  COUNSEL APPOINTED: ___ D.C.

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

FILED by ___
APR 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary. ___
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
     ___ Electronic Monitoring ___

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: 4-26-00  11:00am  LSS
STATUS CONFERENCE: ___

DATE: 4-11-00  TIME: 11:00am  TAPE # 00-025  PG # 36-84