

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6082-CR-Ferguson

UNITED STATES OF AMERICA

vs

William Eric Crawford                    ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on    4-11-00    , where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and c~~ourt appoint~~ed/retaine counsel of record will be noticed for trial by the District Court Judg assigned to this case. The following information is current as of this date

DEFENDANT:                Address: In Custody

                          Telephone:

DEFENSE COUNSEL:          Name:    Jeffrey Voluck

                          Address:

                          Telephone:

BOND SET/CONTINUED:   $   Cont'd in custody

Bond hearing held: yes_____  no_____ Bond hearing set for_____

Dated this __11__ day of __April__, 20 _00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk
00-025
Tape No. _____

cc: Clerk for Judge
    U. S. Attorney