IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.     CASE NO.: 00-6082-CR-FERGUSON

WILLIAM ERIC CRAWFORD
     Defendant
_____/

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, by his signature below, hereby enters his appearance on behalf of the Defendant, WILLIAM ERIC CRAWFORD in the above-styled cause and as such, requests that the Clerk of Court forward any and all notices to the address below.

Respectfully submitted,

Dated 4/10/00

Jeffrey M. Voluck, Esquire (#0113750)
Attorney For Defendant
440 S. Andrews Avenue
Fort Lauderdale, Florida 33301
Ph. (954) 467-8989