HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __BERNAL SOTO__ CASE NO: __00-6090-ZLOCH__

AUSA __LARRY BARDFELD__ *pres* ATTY __JEFFREY VOLUCK, ESQ.__

*Dice out - No outstanding motions  00-021 1180*
*Possible plea - 2 weeks for motions*
*(May 10)*

DEFT __WILLIAM ERIC CRAWFORD__ CASE NO: __00-6082-CR-FERGUSON__

AUSA __ROGER POWELL / Mitrani__ ATTY __JEFFREY VOLUCK__ *pres*

*00-021 @ 1224*

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DATE __4-26-00__ TIME __11:00__