UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA,          :

       Plaintiff,               :

v.                                 :

WILLIAM ERIC CRAWFORD,             :

       Defendant.               :
_____

## STATUS REPORT

A status conference was held in this cause on April 26, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this 1st day of May, 2000.

                                            LURANA S. SNOW
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
Jeffrey Voluck, Esq.