**CRIMINAL MINUTES**

JUL 1 0 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE ___WILKIE D. FERGUSON, JR.___ Presiding

Case No. _00-6082-CR-_ Date: _7-10-2000_

Clerk: _Valerie Thompkins_ Reporter: _Paul Haferling_

USPO: _____ Interpreter: _None_

**UNITED STATES OF AMERICA** vs. _Bobbie Acevedo,_
_William E. Crawford, Byron E. Creech,_
_____

AUSA: _Roger Powell_

Defendant(s) Counsel: _Bradley Goldbloom,_
_Jeffrey M. Voluck,_
_Patrick Hunt_

Defendant(s) Present___, Not Present___ In Custody___

Reason for hearing: _Calendar Call_

_____

_____

Result of hearing:_____

_____

_____

Case Continued to: _9-5-00_ Time: _3:15_ ⨯.M. For: _Change of Plea_

59