UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM ERIC CRAWFORD,

    Defendant.

_____/

CASE NO.: 00-6082-CR

JUDGE: FERGUSON

### EMERGENCY MOTION FOR BOND

    COMES NOW the Defendant, **WILLIAM ERIC CRAWFORD**, by and through undersigned counsel, and moves this Honorable Court for an Order setting a reasonable bond in this case, and as grounds therefore would state:

1. That, the Defendant was indicted on March 30, 2000 and charged in a Two (2) Count Indictment with Conspiracy to Possess with Intent to Distribute M.D.M.A. and Possessing with Intent to Distribute M.D.M.A.
2. That, the Defendant was pre-trial detained on April 4, 2000 before the Honorable Lurana Snow.
3. That, subsequent to the aforementioned pre-trial detention hearing, the Defendant has been substantially cooperating with the prosecution on an on-going basis.
4. That, Defendant and his fiancée, Amanda Pappas, have a severely ill ten (10) month old child named Gavin. Gavin suffers from Septo Optic Nerve Dysplasia and was born blind.
5. That, the child was rushed to Joe DiMaggio Hospital in Hollywood over the past weekend and is in failing health. Defendant needs to be with his fiancée and baby.
6. That, undersigned counsel has contacted Assistant United States Attorney, Roger Powell, but has not yet received a return call.



WHEREFORE, the Defendant, **WILLIAM ERIC CRAWFORD**, prays this Honorable Court to set a reasonable Bond within the sound discretion of this Court.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 18th day of July, 2000 to Roger Powell, Assistant United States Attorney, 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301.

>JEFFREY M. VOLUCK, P.A.
>Counsel for Defendant
>440 South Andrews Avenue
>Fort Lauderdale, Florida 33301
>Telephone: (954) 467-8989
>
>By: _____
>JEFFREY M. VOLUCK, ESQUIRE
>FLORIDA BAR NO.: 0113750



Joe DiMaggio Children's Hospital
AT MEMORIAL

To whom it may concern,

Re: Gavin Crawford
DOB: - 9/16/99

This child was seen in the emergency room 7/14/00 with a 2 day history of poor eating and drinking, lethargy and sleeping a lot. He had a history of being diagnosed as septal optic dysplasia by Pediatric Neurology. This was confirmed by MRI during this hospitalisation. At the time of admission he looked dehydrated and blood chemistries done at that time showed a markedly elevated serum sodium of 155. This has slowly come down to 148 but is not yet in the normal range of 135-145. He is still anorexic, still vomiting and is being investigated further for this.

Yours Sincerely

[signature]

3501 Johnson Street   Hollywood, FL 33021 / (954) 987-2000

*Memorial Regional Hospital*