## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | WILLIAM ERIC CRAWFORD (J) | CASE NO: | 00-6082-CR-FERGUSON |
| AUSA: | ROGER POWELL *pres* | ATTY: | JEFFREY VOLUCK, ESQ. |
| AGENT: | | VIOL: | |
| PROCEEDING: | MOTION TO VACATE PTD ORDER | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes (no) | | COUNSEL APPOINTED: | |
| BOND SET @: | 250,000 PSB | To be cosigned by: | sister |

② Jay Pippens, Gail Bradley
by Tuesday 7-25
Stipulated bond set.
Deft released.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☑ Random urine testing by Pretrial Services ✓ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☑ Travel ~~extended~~ restricted to: FL & GA
  w/ 24 hr notice to PTS
- ☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 7/20/00  TIME: 11:00  FTL/LSS TAPE # 00 -  Begin: 431  End: 631

62