UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-Ferguson

UNITED STATES OF AMERICA

vs.

O R D E R

**WILLIAM ERIC CRAWFORD** \

THIS CAUSE is before the Court on the motion of the defendant to vacate the Pretrial Detention Order entered on April 2, 2000 and release the defendant on bond. The Court having heard said motion and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED that the defendant's motion for bond is hereby **GRANTED** as follows:

Bond is set in the amount of $250,000 personal surety to be cosigned by Teresa Bransfield, Jay Pappas and Gail Bailey by July 25, 2000. Special conditions are that the defendant report to Pretrial Services as directed, submit to random urine testing and any treatment deemed necessary by Pretrial Services and the defendant's travel is restricted to the states of Florida and Georgia.

DONE AND ORDERED at Fort Lauderdale, Florida this        day of July, 2000.

*Lurana S. Snow*

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney
    United States Marshal
    Pretrial Services
    Counsel for Defendant