UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: 00-6082-CR-WDF
STYLE: USA v Crawford
DATE: 7/27/00

The Chambers of the Honorable _____.
has received the attached document. After review, it has been
determined that this document requires the following action by
the Clerk's Office:

____ Docket this document as a motion for _____
_____.

____ Docket this document as a response to the following
motion: _____.

____ Docket this document as an answer _____.

____ Docket this document as _____.

____ Docket this as an information matter only and file on the
left side of the file.

✓ Other: _Signature pages for_
_personal surety bond._

Signed: _(signature)_
Name: _____
Title: CRD/PMG

P. 65

Case No: 06-6082-CR-WDF

## CO-SIGNATURE PAGE

Being first duly sworn, I hereby state that I have been asked to sign a $250,000 personal surety bond on behalf of William E. Crawford and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this 21 day of July, 2000.

Cecil Bailey
Name

27553 Playa Del Rey Ln.
Address

Bonita Sp.        Fl.        34135
City              State     Zip

Sworn and subscribed before me this 21 day of July, 2000.

_____
NOTARY PUBLIC

My Commission Expires:


LINDA ROESER
MY COMMISSION # CC 925515
EXPIRES: April 6, 2004
Bonded Thru Budget Notary Services

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL   33301

Case No: 00-6082-CR-WDF

## CO-SIGNATURE PAGE

Being first duly sworn, I hereby state that I have been asked to sign a $250,000 personal surety bond on behalf of William E. Crawford and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this 22 day of July, 2000.

John Pappas
Name

1030 Chauncey Ave
Address

Lehigh      FL      33971
City       State      Zip

Sworn and subscribed before me this 22 day of July, 2000.

D. Williams
NOTARY PUBLIC

My Commission Expires:

May 11, 2003

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL 33301

D. Williams
MY COMMISSION # CC835660 EXPIRES
May 11, 2003
BONDED THRU TROY FAIN INSURANCE INC