UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA, :

    Plaintiff, :

    v. :

ROBBIE ACHEVEDO,
WILLIAM E. CRAWFORD, :
RYAN E. CREECH,

    Defendant. :

_____:

FILED by ____ /s/ ____ D.C.

SEP. 13 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER GRANTING MOTION TO RESET CHANGE OF PLEA HEARING

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Continue Change of Plea, bearing Certificate of Service dated August 31, 2000, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The change of plea in this matter is hereby reset as follows: Tuesday, September 26, 2000 at 9:30 a.m.

DONE AND ORDERED on this _13th_ day of September, 2000 at Fort Lauderdale, Florida.

_____
UNITED STATES DISTRICT JUDGE

cc: All counsel of record

