COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | |
|---|---|
| DEFT: William Crawford (B) | CASE NO: 00-6082-CR-Ferguson (s) |
| AUSA: Roger Powell / Thompson | ATTNY: Jeffrey Voluck  present |
| AGENT: | VIOL: |
| PROCEEDING: Arraignment on SS Indictment | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

BOND SET @

CO-SIGNATURES:

SEP 2 5 2000

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House
    Electronic Monitoring

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:  N/A
STATUS CONFERENCE:

DATE: 9-25-00   TIME: 11:00am   TAPE # 00-072

2559-2635

80