UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.: 00-6082-CR

    Plaintiff,                                MAGISTRATE: SNOW

vs.

WILLIAM ERIC CRAWFORD,

    Defendant.
_____/

### EMERGENCY MOTION FOR CHANGE OF ADDRESS

COMES NOW the Defendant, **WILLIAM ERIC CRAWFORD**, by and through undersigned counsel, and moves this Honorable Court for an Order allowing Defendant to change his address, and as grounds therefore would state:

1. That, the Defendant was indicted on March 30, 2000 and charged in a Two (2) Count Indictment with Conspiracy to Possess with Intent to Distribute M.D.M.A. and Possessing with Intent to Distribute M.D.M.A.

2. That, a superceding indictment was filed and the Defendant was arraigned on September 25, 2000.

3. That, the Defendant entered a guilty plea to the aforementioned on September 26, 2000.

4. That, pursuant to the agreement with the Government, Defendant was released on a $250,000.00 personal surety bond on July 21, 2000. At the time of the bond hearing, the Defendant was residing at 1685 S.W. 116th Avenue, Pembroke Pines, Florida 33025.

5. That, the Defendant is in need of residing with his wife and child at his parents residence located at 875 Iris Drive, N. Ft. Myers, Florida 33902.

6. That, Assistant United States Attorney, Roger Powell, has no objection to this motion.

WHEREFORE, the Defendant, **WILLIAM ERIC CRAWFORD**, prays this Honorable Court allow him to change his resident address.

**ORIGINAL**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 27th day of September, 2000 to Roger Powell, Assistant United States Attorney, 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301 and to Jim Jamrose, Pretrial Services, 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301.

JEFFREY M. VOLUCK, P.A.
Counsel for Defendant
440 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 467-8989

By: _____
JEFFREY M. VOLUCK, ESQUIRE
FLORIDA BAR NO.: 0113750