UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.: 00-6082-CR

                    Plaintiff,               MAGISTRATE: SNOW

vs.                                          FERGUSON

WILLIAM ERIC CRAWFORD,

                    Defendant.
_____/                   OCT 3 2000

## ORDER ON MOTION FOR CHANGE OF ADDRESS

THIS MATTER is before the Court, upon the Defendant's Emergency Motion for

Change of Address. The Court has carefully reviewed said Motion and after due

consideration, it is

ORDERED AND ADJUDGED that the Defendant's Motion for Change of

Address be and the same is hereby

GRANTED. ALL OTHER CONDITIONS

OF PRETRIAL RELEASE REMAIN IN EFFECT.

_____

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County,

Florida this 27th day of September, 2000.

                                             JUDGE
                                   UNITED STATES DISTRICT JUDGE

Copies furnished:

Jeffrey M. Voluck, Esquire
Assistant United States Attorney
Jim Jamrose, Pretrial Services