UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6082-FERGUSON

    Plaintiff,

vs.

WILLIAM CRAWFORD,

    Defendant.
_____/

## MOTION FOR CONTINUANCE

COMES NOW the Defendant, **WILLIAM CRAWFORD**, by and through undersigned counsel, and moves this Honorable Court for an Order continuing the sentencing in the above-styled matter, and as grounds for this motion hereby submits the following:

1. This matter is scheduled for sentencing on Friday, December 1, 2000 at 10:00 a.m.

2. The Pre-Sentence Report in this matter was scheduled to be completed on October 27, 2000.

3. Defendant's Objections were due on November 10, 2000.

4. Counsel for Defendant has not received the Pre-Sentence Report as of today's date.

5. Counsel wishes to employ Cynthia Thomas, formerly of U.S. Probation, of Alteo Group, a sentencing consultant and former United States Probation Officer from this District, to aide counsel in preparing objections and at the time of sentencing.

**ORIGINAL**