UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEC 1 2000

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.    Case No. 00-6082-CR-FERGUSON

WILLIAM CRAWFORD,
    Defendant.
_____/

## ORDER DENYING MOTION TO CONTINUE SENTENCING

THIS MATTER is before the Court on the above-mentioned motion filed by

defendant, William Crawford, on November 14, 2000. After consideration, it is

**ORDERED AND ADJUDGED** that the motion is ***DENIED***. Sentencing is

scheduled for Friday, December 1, 2000 at 10:00 a.m., before the undersigned in

Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort

Lauderdale, Florida 33301.

**DONE AND ORDERED** at Fort Lauderdale, Florida this ___30th___ day of

November 2000.

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

copies:
Roger Powell, AUSA, Bradley A. Goldbloom, Esq, Patrick Hunt, AFPD and U.S. Probation Office.

