SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DEC 1 2000
CLARENCE MADDOX
CLE IN U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # 00-6082-Cr-WDF

DEFENDANT William Crawford        JUDGE    WILKIE D. FERGUSON

Deputy Clerk   TROY T. WALKER        DATE  Dec 1, 2000

Court Reporter   Paul Haferling        USPO  Frank Smith

AUSA  Roger Powell        Deft's Counsel  Jeff Voluck, Esq

COUNTS DISMISSED   All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to appeal

JUDGMENT AND SENTENCE

Imprisonment    Years _____  Months  97  Counts  one

Supervised Release  3 yrs (See J&C for details)

Probation   Years _____  Months _____  Counts _____

Comments _____

Assessment $  100.00        Fine $  none

Restitution /Other _____

CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service   _____ Release on bond pending appeal
  X   Voluntary Surrender to (designated institution or U. S. Marshal Service) on 2/1/01

Commitment Recommendation:  That the deft be incarcerated as close to South Fla as possible.

154