UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA,          :

    Plaintiff,                  :

v.                                 :

ROBBIE ACEVEDO, et al.,            :

    Defendants.                 :
_____

FILED by _____ D.

DEC - 8 2000

**STATUS REPORT**

A status conference was held in this cause on December 7, 2000. At that conference, the parties informed the Court as follows:

1. Discovery has been sent, but counsel for defendant Smith has not yet received it. Counsel shall have until December 26, 2000, within which to file pretrial motions.

2. Defendant Hall will be entering a plea.

DATED at Fort Lauderdale, Florida, this _____ day of December, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
Scott Sakin, Esq.
David Tucker, Esq.