UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,              CASE NO.: 00-6082-FERGUSON

      Plaintiff,

vs.

WILLIAM CRAWFORD,

      Defendant.

_____/



## MOTION FOR EXTENSION OF
## TIME TO SURRENDER FOR INCARCERATION

COMES NOW the Defendant, **WILLIAM CRAWFORD**, by and through

undersigned counsel, and hereby requests this Honorable Court to grant him an Extension

of Time to Surrender to Federal Prison, and as grounds therefore would state:

    1.  The Defendant was sentenced on December 1, 2000 to 97 months

incarceration followed by three (3) years supervised released. He is expected to begin his

incarceration February 1, 2001.

    2.  The Defendant will be marrying his fiancée on February 24, 2001.

    3.  The Defendant's child with his fiancée, Gavin, suffers from serious and

complicated medical problems including, but not limited to, the following:

        a.  Septo-Optic Dysplasia (de Morisiers Syndrome);

        b.  Panohypopituitarims;

        c.  Diabetes Insipidus;

        d.  Optic Nerve Hypoplasia;

        e.  Gastro Esophageal Reflux;

        f.  Arnold-Chiari Type One Malformation, and

     g.  Sub Arachnoid Cyst on his Brain.

    4.  Defendant's child is presently in and out of Joe DiMaggio Hospital for treatment, tests and surgery.

    5.  As a result of the Defendant's upcoming incarceration, his parents, Mr. & Mrs. William Crawford, are moving from Tega Cay, South Carolina to Ft. Myers where the Defendant's fiancée and baby will be living with them.  Defendant's father is taking early retirement due to his son's upcoming incarceration and said retirement will become effective March 1, 2001.  They will then be moving the first week in March.  Defendant's father has a monitored heart condition and needs the help of his son in making this move.

    6.  Undersigned counsel has contacted Assistant United States Attorney, Roger Powell, and he has no objection to this extension.

    WHEREFORE the Defendant, **WILLIAM CRAWFORD**, respectfully requests that this Honorable Court grant this motion and extend his time to surrender until after the first week of March 2001.

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this 19th day of December, 2000 to Roger Powell, Assistant U.S. Attorney, 99 N.E. 4th Street, Miami, FL 33301 and to Frank Smith, U.S. Probation, 299 E. Broward Boulevard, Ft. Lauderdale, FL 33301.

> JEFFREY M. VOLUCK, P.A.
> Counsel for Defendant
> 440 South Andrews Avenue
> Fort Lauderdale, Florida 33301
> Telephone: (954) 467-8989
>
> By: _____
> JEFFREY M. VOLUCK, ESQUIRE
> FLORIDA BAR NO.: 0113750