UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6082-CR

    Plaintiff,   WILKIE D. FERGUSON, JR.

vs.

WILLIAM ERIC CRAWFORD,

    Defendant.
_____/

### ORDER ON MOTION FOR EXTENSION

THIS MATTER is before the Court, upon the Defendant's Motion for Extension of Time to Surrender to Federal Prison, currently scheduled for February 1, 2001, to March 1, 2001 and the Court, after carefully reviewing said Motion and after due consideration, it is

ORDERED AND ADJUDGED that the Defendant's Motion for Extension be and the same is hereby

*GRANTED.*

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this _3RD_ day of _January_, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished:

Jeffrey M. Voluck, Esquire
Roger Powell, A.U.S.A.
Frank Smith, U.S. Probation

