UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6082-FERGUSON

        Plaintiff,

vs.

WILLIAM CRAWFORD,

        Defendant.
_____/

## MOTION FOR EXTENSION OF TIME TO SURRENDER FOR INCARCERATION

COMES NOW the Defendant, **WILLIAM CRAWFORD**, by and through undersigned counsel, and hereby requests this Honorable Court to grant him an Extension of Time to Surrender to Federal Prison, and as grounds therefore would state:

1. The Defendant was sentenced on December 1, 2000 to 97 months incarceration followed by three (3) years supervised released. He was notified to report to the Satellite Camp – Miami, Florida on March 1, 2001.

2. The Defendant is currently providing substantial assistance and has been very valuable to the authorities.

3. Undersigned counsel had a lengthy discussion with a member of the DEA who has requested additional time to work with the Defendant. The reason for this request is that there are presently some important and ongoing investigations.

4. Undersigned counsel has contacted Assistant United States Attorney, Roger Powell, and he has no objection to this extension.



WHEREFORE the Defendant, **WILLIAM CRAWFORD**, respectfully requests that this Honorable Court grant this motion and extend his time to surrender until April 1, 2001.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this 8th day of February, 2001 to Roger Powell, Assistant U.S. Attorney, 99 N.E 4th Street, Miami, FL 33301 and to Frank Smith, U.S. Probation, 299 E. Broward Boulevard, Ft. Lauderdale, FL 33301.

> JEFFREY M. VOLUCK, P.A.
> Counsel for Defendant
> 440 South Andrews Avenue
> Fort Lauderdale, Florida 33301
> Telephone: (954) 467-8989
>
> By: _____
> JEFFREY M. VOLUCK, ESQUIRE
> FLORIDA BAR NO.: 0113750