UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO.: 00-6082-CR

    Plaintiff,  WILKIE D. FERGUSON, JR.

vs.

WILLIAM ERIC CRAWFORD,

    Defendant.

FILED

**[FEB 28 2001]**

_____/

## ORDER ON MOTION FOR EXTENSION

THIS MATTER is before the Court, upon the Defendant's Motion for Extension of Time to Surrender to Federal Prison, currently scheduled for March 1, 2001, to April 1, 2001, and the Court, after carefully reviewing said Motion and after due consideration, it is

ORDERED AND ADJUDGED that the Defendant's Motion for Extension be and the same is hereby

    GRANTED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this 28th day of February, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished:

Jeffrey M. Voluck, Esquire
Roger Powell, A.U.S.A.
Frank Smith, U.S. Probation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO.: 00-6082-CR

    Plaintiff,                WILKIE D. FERGUSON, JR.

vs.

WILLIAM ERIC CRAWFORD,

    Defendant.
_____/

## STIPULATED MOTION FOR EXTENSION OF TIME TO SURRENDER FOR INCARCERATION

COMES NOW the Defendant, **WILLIAM CRAWFORD**, by and through undersigned counsel, and hereby requests this Honorable Court to grant him an Extension of Time to Surrender to Federal Prison, and as grounds therefore would state:

1. The Defendant was sentenced on December 1, 2000 to 97 months incarceration followed by three (3) years supervised released. He was notified to report to the Satellite Camp – Miami, Florida on March 1, 2001.

2. The Defendant is currently providing substantial assistance and has been very valuable to the authorities.

3. Undersigned counsel had a lengthy discussion with a member of the DEA who has requested additional time to work with the Defendant. The reason for this request is that there are presently some important and ongoing investigations.

4. Undersigned counsel has contacted Assistant United States Attorney, Roger Powell, who is joined in this extension.

WHEREFORE the Defendant, **WILLIAM CRAWFORD**, respectfully requests that this Honorable Court grant this motion and extend his time to surrender until April 1, 2001.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been FAXED this 28th day of February, 2001 to Roger Powell, Assistant U.S. Attorney, 500 E Broward Blvd., Ft Lauderdale, FL 33301 and to Frank Smith, U.S Probation, 299 E. Broward Boulevard, Ft. Lauderdale, FL 33301.

1

CASE NO.: 00-6082-CR

JEFFREY M. VOLUCK, P.A.  
Counsel for Defendant  
440 South Andrews Avenue  
Fort Lauderdale, Florida 33301  
Telephone: (954) 467-8999  

By: _____  
JEFFREY M. VOLUCK, ESQUIRE  
FLORIDA BAR NO. 0113750

ROGER POWELL  
Assistant United States Attorney  
500 East Broward Blvd., 7th Floor  
Fort Lauderdale, Florida 33301  
Telephone: (954) 356-7392  

By: _____  
ROGER POWELL, A.U.S.A.  
FLORIDA BAR NO.: 341411

## ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME (THIRTY (30) DAYS) TO SURRENDER

THIS MATTER is before the Court, upon the Defendant's Stipulated Motion for Extension of Time to Surrender to Federal Prison, currently scheduled for March 1, 2001, to April 1, 2001, and the Court, after carefully reviewing said Motion and after due consideration, it is

ORDERED AND ADJUDGED that the Defendant's Motion for Extension be and the same is hereby

_____

_____

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of _____, 2001.

_____  
WILKIE D. FERGUSON, JR.  
UNITED STATES DISTRICT JUDGE

Copies furnished:

Jeffrey M. Voluck, Esquire  
Roger Powell, A.U.S.A.  
Frank Smith, U.S Probation