UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO.: 00-6082-CR-FERGUSON

    Plaintiff,

vs.

WILLIAM CRAWFORD,

    Defendant.
_____/

### NOTICE OF CHANGE OF ADDRESS

JEFFREY M. VOLUCK, ESQUIRE files this Notice of Change of Address as Counsel for the Defendant and requests that all future pleadings and correspondence be forwarded to the undersigned, effective IMMEDIATELY, at **Jeffrey M. Voluck, P.A., 200 Southeast Sixth Street, Suite 201, Fort Lauderdale, Florida 33301** The new telephone number is (954) 467-8989 and the facsimile number is (954) 779-3908.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 16th day of March, 2001 to the Assistant United States Attorney, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33301.

                              JEFFREY M. VOLUCK, P.A.
                              Counsel for Defendant
                              200 Southeast Sixth Street
                              Suite 201
                              Fort Lauderdale, Florida 33301
                              Telephone: (954) 467-8989

                              By: _____
                              JEFFREY M. VOLUCK, ESQUIRE
                              FLORIDA BAR NO.: 0113750

NON-COMPLIANCE OF S.D. fla. L.R. 2 /.A/