UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6082-FERGUSON

    Plaintiff,

vs.

WILLIAM CRAWFORD,

    Defendant
_____/

## MOTION FOR EXTENSION OF TIME TO SURRENDER FOR INCARCERATION

COMES NOW the Defendant, **WILLIAM CRAWFORD**, by and through undersigned counsel, and hereby requests this Honorable Court to grant him an Extension of Time to Surrender to Federal Prison, and as grounds therefore would state:

1. The Defendant was sentenced on December 1, 2000 to 97 months incarceration followed by three (3) years supervised released. He was notified to report to the Satellite Camp – Miami, Florida on March 1, 2001.

2. After stipulated motion, date of surrender was changed to April 1, 2001.

3. After subsequent motion, date of surrender was changed to July 1, 2001.

4. The Defendant has been providing substantial assistance and is in contact with D.E.A. Agents.

5. The Defendant has a lot of information in open cases involving Atlanta, Georgia; Tampa, Florida; and Miami, Florida.

6. The Defendant's son has recently undergone brain surgery and suffers from life-threatening medical conditions. See Exhibit "A".



7. The Defendant is presently under medical care and has been undergoing tests to determine whether or not he has cancer. See Exhibit "B".

8. Undersigned counsel has contacted Assistant United States Attorney, Roger Powell, who opposes this extension.

WHEREFORE the Defendant, **WILLIAM CRAWFORD**, respectfully requests that this Honorable Court grant this motion and extend his time to surrender until October 1, 2001.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this 14th day of June, 2001 to Roger Powell, Assistant U.S. Attorney, 99 N.E. 4th Street, Miami, FL 33301 and to Frank Smith, U.S. Probation, 299 E. Broward Boulevard, Ft. Lauderdale, FL 33301.

JEFFREY M. VOLUCK, P.A.
Counsel for Defendant
Courthouse Square, Suite 201
200 Southeast Sixth Street
Fort Lauderdale, Florida 33301
Telephone: (954) 467-8989

By: _____
JEFFREY M. VOLUCK, ESQUIRE
FLORIDA BAR NO.: 0113750