UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6082-FERGUSON

Plaintiff,

vs.

WILLIAM CRAWFORD,

Defendant.
_____/

## NOTICE OF FILING

COMES NOW the Defendant, **ERIC CRAWFORD**, by and through undersigned attorney, and files this Notice of Filing, to wit:

1. Exhibits to Motion for Extension of Time to Surrender for Incarceration dated June 14, 2001.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 15th day of June, 2001 to the Assistant United States Attorney, Roger Powell, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394 and to Frank Smith, U.S. Probation, 299 E. Broward Boulevard, Fort Lauderdale, FL 33301.

JEFFREY M. VOLUCK, P.A.
Counsel for Defendant
Courthouse Square, Suite 201
200 Southeast Sixth Street
Fort Lauderdale, Florida 33301
Telephone: (954) 467-8989

By: _____
JEFFREY M. VOLUCK, ESQUIRE
FLORIDA BAR NO.: 0113750

**ALL CHILDREN'S HOSPITAL**
801 SIXTH STREET SOUTH · ST. PETERSBURG, FLORIDA 33701
**PROGRESS NOTES**

Date: 6/1/01

To whom it may concern:

Gavin Crawford was admitted to All Children's Hospital from May 8, 2001 to May 23, 2001, and again from May 30, 2001 to June 1, 2001, during which time he underwent brain surgery and was under the care of several specialists, including Neurosurgery, neurology, ophthalmology, critical care, endocrinology and general pediatrics. He carries several diagnoses including: arachnoid cyst, Arnoid-chiari formation, septo-optic dysplasia, panhypopituitarism, hypothyroidism, growth hormone deficiency, developmental delay, seizure disorder, diabetes insipidus. He will require several visits to multiple specialists in the months to come. If I can be of any further assistance, please call my office 727-893-6116.

Thank you,

Jeremy D. McConnell, MD

EXHIBIT "A"



2301 Fowler St.  (941) 334-3545
Ft. Myers, FL 33901  (941) 334-6085 Fax

# FARHA
## Family Health Center

Guy Larsen MD  Mon - Fri 9AM - 6PM
Board Certified Family Practice  Sat 9AM - 3PM

June 14, 2001

MR. WILLIAM CRAWFORD is a 31 years old gentleman with a LIVER AILMENT characterized by malaise, weakness, nausea, vomiting, diarrhea, dark urine and tender hepatomegaly.
His liver function test is abnormal.
Mr. William Crawford should be followed regularly for three (3) months on a weekly basis so his symptoms and laboratory test may come back to normal.

Very truly yours,

*Guy Larsen MD*
Guy Larsen MD

EXHIBIT "B"

