UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO.: 00-6082-CR

  Plaintiff,  WILKIE D. FERGUSON, JR.

vs

WILLIAM ERIC CRAWFORD,

  Defendant                    JUN 19 2001
_____/

### ORDER ON MOTION FOR EXTENSION OF TIME TO SURRENDER

THIS MATTER is before the Court. upon the Defendant's Motion for Extension of Time to Surrender to Federal Prison, currently scheduled for July 1, 2001 to October 1, 2001. and the Court, after carefully reviewing said Motion and after due consideration, it is

ORDERED AND ADJUDGED that the Defendant's Motion for Extension be and the same is hereby **DENIED.**

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this _18th_ day of _June_, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished:

Jeffrey M. Voluck, Esquire
Roger Powell, A.U.S.A.
Frank Smith, U.S. Probation

1