UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
DEC 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,
   Plaintiff,

Vs.                     Case No. 00-6082-CR-FERGUSON

WILLIAM ERIC CRAWFORD,
   Defendant.
_____/

## ORDER ON MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35, FED. R. CRIM. P

On Motion of the Government, which is unopposed by the defendant, the sentence imposed herein, 97 months imprisonment, is reduced to 48 months, to be followed by 2 years of supervised release. All other conditions are unchanged by this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 19TH day of December 2001.

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

Roger Powell, AUSA,
Jeffrey Voluck, Esq.,
 U.S. Marshal and U.S. Probation Office