UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6082-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM ERIC CRAWFORD,

    Defendant.

_____/

## MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW the Defendant, **WILLIAM ERIC CRAWFORD,** by and through his undersigned counsel, and requests that this Honorable Court terminate the remainder of his term of Probation, and as grounds therefore would state:

1. That, on December 15, 2000, the Defendant pled guilty and was sentenced to ninety seven (97) months in custody of the United States Bureau of Prisons. Upon release of imprisonment, the defendant was sentenced to supervised release for a term of 2 years.
2. That, on December 19, 2001, the Defendant's sentence was reduced to forty eight (48) months imprisonment followed by two (2) years of supervised release and all other conditions to remain the same.
3. That, the Defendant has successfully completed approximately 1 year and 5 months of his supervised release and has paid his assessments and fines in full.
4. That, the undersigned counsel has contacted the Defendant's supervise release officer, Mr. Bill Moore, who



stated that Defendant is in compliance with all conditions of probation. Therefore, Mr. Moore has no objection to this motion.

5. That, undersigned counsel has contacted AUSA Roger Powell, who has also stated he has no objection to this motion.

WHEREFORE the Defendant, **WILLIAM ERIC CRAWFORD,** prays for an Order granting this Motion and terminating the remainder of his supervised release.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 2nd day of February, 2005 to the Assistant United States Attorney, Roger Powell, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33301 and to Mr. Bill Moore, Probation Officer, via facsimile (239) 461-2075.

JEFFREY M. VOLUCK, P.A.
Counsel for Defendant
One East Broward Boulevard
Suite 700
Fort Lauderdale, Florida 33301
Telephone: (954) 467-8989

By: _____
JEFFREY M. VOLUCK, ESQ.
FLORIDA BAR NO.: 0113750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6082-CR-GRAHAM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

WILLIAM ERIC CRAWFORD,

       Defendant.
_____/

## ORDER ON MOTION FOR EARLY TERMINATION OF PROBATION

**THIS MATTER** is before the Court, upon the Defendant's Motion for Early Termination of Probation. The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion be and the same is hereby:

_____

_____

**DONE AND ORDERED** in Chambers at Miami, Dade County, Florida this _____ day of _____, 2005.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished:

Jeffrey M. Voluck, Esquire
AUSA Roger Powell
Bill Moore, Probation Officer