```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION
                    CASE NO. 00-06082-CR-GRAHAM
```

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

WILLIAM ERIC CRAWFORD,

       Defendant.
_____/

**O R D E R**

*FILED by S D.C.*
*FEB 11 2005*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. - MIAMI*

**THIS CAUSE** came before the Court upon Defendant's Motion for Early Termination of Probation (D.E. 318), filed February 3, 2005.

**THE COURT** having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Assistant United States Attorney assigned to this case and the United States Probation Office shall file a response within ten (10) days of the date of this order.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 10th day of February, 2005.

                                  DONALD L. GRAHAM
                                  UNITED STATES DISTRICT JUDGE

Copied: Jeffrey M. Voluck, Esq.
       Roger Powell, AUSA
       Bill Moore, USPO

