UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-06082-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM ERIC CRAWFORD,

    Defendant.
_____/



FILED by ___ D.C.
FEB 25 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon the Defendant's Motion for Early Termination of Probation (D.E. 318), filed February 3, 2005.

**THE COURT** having reviewed the record, and based upon the opposition of the U.S. Attorney's Office and the United States Probation Officer to the relief sought, it is

**ORDERED AND ADJUDGED** that Defendant's Motion for Early Termination is **Granted**. The Defendant's term of Probation is terminated as of the date of this order.

**DONE AND ORDERED** in Chambers at Miami, Florida this 25th day of February, 2005.

                                      DONALD L. GRAHAM
                                      UNITED STATES DISTRICT JUDGE

Copied: Jeffrey M. Voluck, Esq.
       Roger Powell, AUSA
       Bill Moore, USPO